IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

B.M. BOLTON,
    Plaintiff,

vs.                                            Case No.: 3:17cv773/MCR/EMT

BANK OF AMERICA, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil complaint under federal and state laws regarding a mortgage foreclosure (ECF No. 1). On November 2, 2017, this court entered an order giving Plaintiff thirty (30) days in which serve his complaint (ECF No. 3). Plaintiff requested a 30-day extension of time in which to serve the complaint, and he also requested leave to file an amended complaint (ECF No. 4). The court granted Plaintiff's request, allowing Plaintiff 30 days in which to file an amended complaint and advising that, once the amended complaint was filed, the court would review it and enter an order regarding service, if appropriate (ECF No. 5). Plaintiff failed to file an amended complaint or a proof of service by the deadline; therefore, on January 12, 2018, the court issued an order requiring Plaintiff to show cause, within fourteen (14) days, why this action should not be dismissed for failure to

prosecute and failure to comply with an order of the court (ECF No. 6). The time for compliance with the show cause order has now clearly elapsed with no response or any other filing from Plaintiff.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with an order of the court.

At Pensacola, Florida, this 24th day of April 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.